IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PHILIP CHARVAT on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 2:17-cv-00940-ALM-EPD |
| v. | : : : | |
| MIRACLE-EAR, INC. | : : | |
| Defendant. | : : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES Philip Charvat, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses all of his claims against Miracle-Ear, Inc. with prejudice. This dismissal disposes of the entire action. None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of January, 2018.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on January 3, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich
